# EXHIBIT 3

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTERED IN THE NAME OF HBIT (ACCOUNT NO. -9858)

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 8/15/2022 8:48 AM | Deposit | BUSD | 5,000,000.00 |
| 8/15/2022 8:49 AM | Withdrawal | USD | (5,000,000.00) |
| 8/15/2022 9:31 AM | Deposit | BUSD | 8,000,000.00 |
| 8/15/2022 9:32 AM | Withdrawal | USD | (8,000,000.00) |
| 8/15/2022 11:29 AM | Deposit | BUSD | 4,000,000.00 |
| 8/15/2022 11:31 AM | Withdrawal | USD | (4,000,000.00) |
| 8/15/2022 12:26 PM | Deposit | BUSD | 3,000,000.00 |
| 8/15/2022 12:28 PM | Withdrawal | USD | (3,000,000.00) |
| 8/16/2022 8:30 AM | Deposit | BUSD | 4,000,000.00 |
| 8/16/2022 8:32 AM | Withdrawal | USD | (4,000,000.00) |
| 8/16/2022 10:33 AM | Deposit | BUSD | 234,968.00 |
| 8/16/2022 10:37 AM | Withdrawal | USDC | (234,968.00) |
| 8/16/2022 12:41 PM | Deposit | BUSD | 6,000,000.00 |
| 8/16/2022 12:42 PM | Withdrawal | USD | (6,000,000.00) |
| 8/17/2022 8:46 AM | Deposit | BUSD | 457,242.00 |
| 8/17/2022 8:49 AM | Withdrawal | USDC | (457,242.00) |
| 8/17/2022 12:31 PM | Deposit | BUSD | 10,000,000.00 |
| 8/17/2022 12:49 PM | Withdrawal | USD | (10,000,000.00) |
| 8/18/2022 3:22 AM | Deposit | BUSD | 1,830,063.00 |
| 8/18/2022 3:38 AM | Withdrawal | USDC | (1,830,063.00) |
| 8/18/2022 7:43 AM | Deposit | BUSD | 249,345.00 |
| 8/18/2022 7:51 AM | Withdrawal | USDC | (249,345.00) |
| 8/18/2022 8:55 AM | Deposit | BUSD | 10,000,000.00 |
| 8/18/2022 8:58 AM | Withdrawal | USD | (10,000,000.00) |
| 8/18/2022 12:03 PM | Deposit | BUSD | 11,000,000.00 |
| 8/18/2022 12:06 PM | Withdrawal | USD | (11,000,000.00) |
| 8/19/2022 11:43 AM | Deposit | BUSD | 6,000,000.00 |
| 8/19/2022 11:45 AM | Withdrawal | USD | (6,000,000.00) |
| 8/22/2022 9:27 AM | Deposit | BUSD | 10,000,000.00 |
| 8/22/2022 9:29 AM | Withdrawal | USD | (10,000,000.00) |
| 8/22/2022 11:02 AM | Deposit | BUSD | 5,000,000.00 |
| 8/22/2022 11:04 AM | Withdrawal | USD | (5,000,000.00) |
| 8/22/2022 12:46 PM | Deposit | BUSD | 3,000,000.00 |
| 8/22/2022 12:55 PM | Withdrawal | USD | (3,000,000.00) |
| 8/23/2022 10:46 AM | Deposit | BUSD | 4,500,000.00 |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 8/23/2022 10:48 AM | Withdrawal | USD | (4,500,000.00) |
| 8/23/2022 12:51 PM | Deposit | BUSD | 7,000,000.00 |
| 8/23/2022 12:58 PM | Withdrawal | USD | (7,000,000.00) |
| 8/24/2022 11:30 AM | Deposit | BUSD | 3,000,000.00 |
| 8/24/2022 11:32 AM | Withdrawal | USD | (3,000,000.00) |
| 8/24/2022 12:26 PM | Deposit | BUSD | 2,000,000.00 |
| 8/24/2022 12:27 PM | Withdrawal | USD | (2,000,000.00) |
| 8/25/2022 9:57 AM | Deposit | BUSD | 6,000,000.00 |
| 8/25/2022 10:04 AM | Withdrawal | USD | (6,000,000.00) |
| 8/25/2022 11:07 AM | Deposit | BUSD | 3,000,000.00 |
| 8/25/2022 11:15 AM | Withdrawal | USD | (3,000,000.00) |
| 8/26/2022 11:35 AM | Deposit | BUSD | 4,900,000.00 |
| 8/26/2022 11:36 AM | Withdrawal | USD | (4,900,000.00) |
| 8/29/2022 10:08 AM | Deposit | BUSD | 7,000,000.00 |
| 8/29/2022 10:13 AM | Withdrawal | USD | (7,000,000.00) |
| 8/29/2022 12:47 PM | Deposit | BUSD | 6,000,000.00 |
| 8/29/2022 12:54 PM | Withdrawal | USD | (6,000,000.00) |
| 8/30/2022 9:02 AM | Deposit | BUSD | 461,719.00 |
| 8/30/2022 9:05 AM | Withdrawal | USDC | (461,719.00) |
| 8/30/2022 11:43 AM | Deposit | BUSD | 5,000,000.00 |
| 8/30/2022 11:44 AM | Withdrawal | USD | (5,000,000.00) |
| 8/30/2022 12:36 PM | Deposit | BUSD | 2,900,000.00 |
| 8/30/2022 12:38 PM | Withdrawal | USD | (2,900,000.00) |
| 8/31/2022 9:45 AM | Deposit | BUSD | 331,000.00 |
| 8/31/2022 9:53 AM | Withdrawal | USDC | (331,000.00) |
| 9/01/2022 9:21 AM | Deposit | BUSD | 3,000,000.00 |
| 9/01/2022 9:23 AM | Withdrawal | USD | (3,000,000.00) |
| 9/01/2022 12:00 PM | Deposit | BUSD | 3,000,000.00 |
| 9/01/2022 12:01 PM | Withdrawal | USD | (3,000,000.00) |
| 9/02/2022 10:24 AM | Deposit | BUSD | 4,000,000.00 |
| 9/02/2022 10:25 AM | Withdrawal | USD | (4,000,000.00) |
| 9/02/2022 11:04 AM | Deposit | BUSD | 2,700,000.00 |
| 9/02/2022 11:05 AM | Withdrawal | USD | (2,700,000.00) |
| 9/06/2022 7:36 AM | Deposit | BUSD | 5,000,200.00 |
| 9/06/2022 7:39 AM | Withdrawal | USD | (5,000,200.00) |
| 9/06/2022 11:39 AM | Deposit | BUSD | 18,482,200.00 |
| 9/06/2022 11:40 AM | Withdrawal | USD | (18,482,200.00) |
| 9/07/2022 3:59 AM | Deposit | BUSD | 3,700,000.00 |
| 9/07/2022 4:00 AM | Withdrawal | USD | (3,600,000.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 9/07/2022 8:39 AM | Deposit | BUSD | 1,780,880.00 |
| 9/07/2022 8:48 AM | Withdrawal | USDC | (1,780,870.00) |
| 9/07/2022 10:25 AM | Withdrawal | USD | (52,242.00) |
| 9/07/2022 11:15 AM | Deposit | BUSD | 6,700,000.00 |
| 9/07/2022 11:30 AM | Withdrawal | USD | (6,000,000.00) |
| 9/07/2022 12:03 PM | Withdrawal | USD | (747,700.00) |
| 9/07/2022 12:23 PM | Deposit | BUSD | 1,800,000.00 |
| 9/07/2022 11:55 PM | Withdrawal | USD | (1,800,000.00) |
| 9/08/2022 10:04 AM | Deposit | BUSD | 3,000,000.00 |
| 9/08/2022 10:06 AM | Withdrawal | USD | (3,000,000.00) |
| 9/09/2022 8:53 AM | Deposit | BUSD | 500,000.00 |
| 9/09/2022 9:00 AM | Withdrawal | USDC | (500,000.00) |
| 9/12/2022 9:52 AM | Deposit | BUSD | 4,400,000.00 |
| 9/12/2022 9:53 AM | Withdrawal | USD | (4,400,000.00) |
| 9/12/2022 11:10 AM | Deposit | BUSD | 5,800,000.00 |
| 9/12/2022 11:12 AM | Withdrawal | USD | (5,800,000.00) |
| 9/13/2022 10:12 AM | Deposit | BUSD | 2,400,000.00 |
| 9/13/2022 12:46 PM | Deposit | BUSD | 10,000,000.00 |
| 9/13/2022 12:48 PM | Withdrawal | USD | (10,000,000.00) |
| 9/13/2022 12:50 PM | Withdrawal | USD | (2,400,000.00) |
| 9/14/2022 9:34 AM | Deposit | BUSD | 5,100,000.00 |
| 9/14/2022 9:34 AM | Withdrawal | USD | (5,100,000.00) |
| 9/14/2022 10:48 AM | Deposit | BUSD | 3,234,200.00 |
| 9/14/2022 10:49 AM | Withdrawal | USD | (3,234,200.00) |
| 9/15/2022 9:06 AM | Deposit | BUSD | 489,364.00 |
| 9/15/2022 9:17 AM | Withdrawal | USDC | (489,363.00) |
| 9/16/2022 8:17 AM | Deposit | BUSD | 1,196,616.00 |
| 9/16/2022 9:07 AM | Withdrawal | USDC | (1,196,000.00) |
| 9/16/2022 10:44 AM | Deposit | BUSD | 5,793,100.00 |
| 9/16/2022 10:46 AM | Withdrawal | USD | (5,793,700.00) |
| 9/19/2022 6:40 AM | Deposit | BUSD | 5,740,000.00 |
| 9/19/2022 6:41 AM | Withdrawal | USD | (5,740,000.00) |
| 9/19/2022 9:34 AM | Deposit | BUSD | 5,970,000.00 |
| 9/19/2022 9:35 AM | Withdrawal | USD | (5,000,000.00) |
| 9/19/2022 9:40 AM | Withdrawal | USDC | (970,000.00) |
| 9/19/2022 11:13 AM | Deposit | BUSD | 3,000,000.00 |
| 9/19/2022 11:15 AM | Withdrawal | USD | (3,000,000.00) |
| 9/19/2022 11:54 AM | Deposit | BUSD | 3,770,000.00 |
| 9/19/2022 11:57 AM | Withdrawal | USD | (3,770,000.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 9/20/2022 6:03 AM | Deposit | BUSD | 1,380,000.00 |
| 9/20/2022 6:48 AM | Withdrawal | USD | (1,380,000.00) |
| 9/21/2022 6:51 AM | Deposit | BUSD | 1,200,000.00 |
| 9/21/2022 7:04 AM | Withdrawal | USDC | (1,200,000.00) |
| 9/21/2022 11:15 AM | Deposit | BUSD | 6,936,000.00 |
| 9/21/2022 11:59 AM | Withdrawal | USD | (6,936,000.00) |
| 9/21/2022 12:14 PM | Deposit | USDC | 3,519,970.00 |
| 9/21/2022 12:14 PM | Withdrawal | USD | (3,520,000.00) |
| 9/22/2022 9:40 AM | Deposit | BUSD | 2,118,000.00 |
| 9/22/2022 9:41 AM | Withdrawal | USD | (2,118,000.00) |
| 9/22/2022 11:13 AM | Deposit | BUSD | 1,730,000.00 |
| 9/22/2022 11:16 AM | Withdrawal | USD | (1,730,000.00) |
| 9/23/2022 10:57 AM | Deposit | BUSD | 3,619,000.00 |
| 9/23/2022 10:58 AM | Withdrawal | USD | (3,619,000.00) |
| 9/23/2022 11:15 AM | Deposit | BUSD | 2,055,800.00 |
| 9/23/2022 11:16 AM | Withdrawal | USD | (2,055,800.00) |
| 9/26/2022 4:42 AM | Deposit | BUSD | 5,000,000.00 |
| 9/26/2022 4:44 AM | Withdrawal | USD | (5,000,000.00) |
| 9/26/2022 7:12 AM | Deposit | BUSD | 2,579,600.00 |
| 9/26/2022 7:35 AM | Withdrawal | USDC | (2,000,000.00) |
| 9/26/2022 9:50 AM | Deposit | BUSD | 8,301,600.00 |
| 9/26/2022 10:03 AM | Withdrawal | USD | (8,881,250.00) |
| 9/26/2022 12:00 PM | Deposit | BUSD | 3,868,000.00 |
| 9/26/2022 12:00 PM | Withdrawal | USD | (3,868,000.00) |
| 9/27/2022 11:29 AM | Deposit | BUSD | 10,548,000.00 |
| 9/27/2022 11:32 AM | Withdrawal | USD | (10,548,000.00) |
| 9/28/2022 10:39 AM | Deposit | BUSD | 8,800,000.00 |
| 9/28/2022 10:44 AM | Withdrawal | USD | (8,800,000.00) |
| 9/29/2022 11:26 AM | Deposit | BUSD | 8,800,000.00 |
| 9/29/2022 11:27 AM | Withdrawal | USD | (8,800,000.00) |
| 9/30/2022 7:25 AM | Deposit | BUSD | 900,000.00 |
| 9/30/2022 7:31 AM | Withdrawal | USDC | (900,000.00) |
| 9/30/2022 9:45 AM | Deposit | BUSD | 790,000.00 |
| 9/30/2022 9:48 AM | Withdrawal | USDC | (790,000.00) |
| 9/30/2022 11:33 AM | Deposit | BUSD | 6,088,800.00 |
| 9/30/2022 11:34 AM | Withdrawal | USD | (6,088,800.00) |
| 10/03/2022 10:44 AM | Deposit | BUSD | 5,240,000.00 |
| 10/03/2022 10:55 AM | Deposit | BUSD | 1,900,000.00 |
| 10/03/2022 10:56 AM | Withdrawal | USD | (7,139,900.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/03/2022 12:04 PM | Deposit | BUSD | 7,005,000.00 |
| 10/03/2022 12:06 PM | Withdrawal | USD | (7,000,000.00) |
| 10/04/2022 7:00 AM | Deposit | BUSD | 1,100,000.00 |
| 10/04/2022 7:04 AM | Withdrawal | USDC | (1,100,000.00) |
| 10/04/2022 10:04 AM | Deposit | BUSD | 5,300,000.00 |
| 10/04/2022 10:10 AM | Withdrawal | USD | (5,305,000.00) |
| 10/05/2022 3:13 AM | Deposit | BUSD | 1,280,000.00 |
| 10/05/2022 3:19 AM | Withdrawal | USDC | (1,280,000.00) |
| 10/05/2022 9:14 AM | Deposit | BUSD | 6,900,000.00 |
| 10/05/2022 9:17 AM | Withdrawal | USD | (6,900,000.00) |
| 10/05/2022 11:30 AM | Deposit | BUSD | 2,360,000.00 |
| 10/05/2022 11:31 AM | Withdrawal | USD | (2,360,000.00) |
| 10/06/2022 2:00 AM | Deposit | BUSD | 531,586.00 |
| 10/06/2022 2:07 AM | Withdrawal | USDC | (531,586.00) |
| 10/06/2022 9:45 AM | Deposit | BUSD | 8,107,900.00 |
| 10/06/2022 9:47 AM | Withdrawal | USD | (8,108,000.00) |
| 10/06/2022 10:32 AM | Deposit | BUSD | 1,785,600.00 |
| 10/06/2022 10:35 AM | Withdrawal | USD | (1,785,600.00) |
| 10/06/2022 11:42 AM | Deposit | BUSD | 1,844,000.00 |
| 10/06/2022 11:43 AM | Withdrawal | USD | (1,844,000.00) |
| 10/07/2022 8:17 AM | Deposit | BUSD | 2,000,000.00 |
| 10/07/2022 8:45 AM | Withdrawal | USD | (2,000,000.00) |
| 10/07/2022 10:23 AM | Deposit | BUSD | 100.00 |
| 10/07/2022 10:26 AM | Deposit | BUSD | 6,000,000.00 |
| 10/07/2022 10:30 AM | Withdrawal | USD | (6,000,000.00) |
| 10/10/2022 1:49 AM | Deposit | BUSD | 100.00 |
| 10/11/2022 4:36 AM | Deposit | BUSD | 1,555,000.00 |
| 10/11/2022 4:39 AM | Withdrawal | USD | (1,555,000.00) |
| 10/11/2022 5:01 AM | Deposit | BUSD | 3,474,059.00 |
| 10/11/2022 5:02 AM | Withdrawal | USD | (3,474,264.00) |
| 10/11/2022 5:06 AM | Deposit | USDT | 99.00 |
| 10/11/2022 5:09 AM | Deposit | TRX | 0.00 |
| 10/11/2022 5:09 AM | Deposit | TRX | 0.00 |
| 10/11/2022 7:16 AM | Deposit | BUSD | 1,527,000.00 |
| 10/11/2022 8:52 AM | Deposit | TRX | 0.00 |
| 10/11/2022 9:37 AM | Deposit | BUSD | 930,000.00 |
| 10/11/2022 9:48 AM | Deposit | BUSD | 5,000,000.00 |
| 10/11/2022 10:05 AM | Withdrawal | USD | (7,457,000.00) |
| 10/11/2022 11:52 AM | Deposit | BUSD | 6,678,700.00 |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/11/2022 11:59 AM | Withdrawal | USD | (6,678,798.00) |
| 10/11/2022 12:45 PM | Deposit | BUSD | 8,295,500.00 |
| 10/11/2022 12:47 PM | Withdrawal | USD | (8,295,500.00) |
| 10/11/2022 9:11 PM | Deposit | BUSD | 2,224,401.00 |
| 10/12/2022 3:26 AM | Withdrawal | USD | (1,000.00) |
| 10/12/2022 8:02 AM | Deposit | USDT | 2,976,170.00 |
| 10/12/2022 10:46 AM | Deposit | USDT | 4,999,999.00 |
| 10/12/2022 10:46 AM | Deposit | USDT | 2,379,999.00 |
| 10/12/2022 10:50 AM | Deposit | USDT | 0.01 |
| 10/12/2022 11:39 AM | Withdrawal | USD | (8,620,795.00) |
| 10/12/2022 11:58 AM | Deposit | USDT | 2,133,499.00 |
| 10/12/2022 12:08 PM | Withdrawal | USD | (2,179,156.00) |
| 10/12/2022 9:10 PM | Deposit | USDT | 1,969,799.00 |
| 10/12/2022 9:13 PM | Deposit | TRX | 0.00 |
| 10/12/2022 9:39 PM | Withdrawal | USD | (1,968,821.00) |
| 10/12/2022 11:52 PM | Withdrawal | USD | (899,517.00) |
| 10/13/2022 2:06 AM | Deposit | USDC | 10.00 |
| 10/13/2022 2:34 AM | Deposit | USDC | 199,970.00 |
| 10/13/2022 2:42 AM | Deposit | TRX | 0.00 |
| 10/13/2022 10:37 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:37 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:38 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:38 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:38 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:39 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:39 AM | Deposit | USDT | 999,999.00 |
| 10/13/2022 10:40 AM | Deposit | USDT | 549,999.00 |
| 10/13/2022 10:49 AM | Withdrawal | USDT | (7,549,992.01) |
| 10/13/2022 12:14 PM | Deposit | USDT | 1,836,999.00 |
| 10/13/2022 12:24 PM | Withdrawal | USDT | (1,836,999.00) |
| 10/13/2022 1:19 PM | Deposit | USDC | 8,855,214.48 |
| 10/13/2022 1:23 PM | Withdrawal | USD | (8,504,399.00) |
| 10/13/2022 1:48 PM | Deposit | USDC | 1,286,871.31 |
| 10/13/2022 1:51 PM | Withdrawal | USD | (1,837,667.00) |
| 10/14/2022 7:52 AM | Deposit | USDT | 826,334.00 |
| 10/14/2022 9:33 AM | Deposit | USDT | 2,091,672.00 |
| 10/14/2022 9:49 AM | Deposit | USDC | 999,900.01 |
| 10/14/2022 10:29 AM | Withdrawal | USDT | (5,000,001.00) |
| 10/14/2022 10:52 AM | Deposit | USDC | 1,651,332.87 |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---:|
| 10/14/2022 11:42 AM | Deposit | USDC | 2,899,710.03 |
| 10/14/2022 12:12 PM | Withdrawal | USD | (5,120,806.00) |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:35 AM | Deposit | USDT | 0.01 |
| 10/15/2022 11:37 AM | Deposit | TRX | 0.00 |
| 10/15/2022 8:13 PM | Deposit | TRX | 0.00 |
| 10/15/2022 8:13 PM | Deposit | TRX | 0.00 |
| 10/15/2022 8:15 PM | Deposit | TRX | 0.00 |
| 10/17/2022 9:32 AM | Deposit | USDT | 3,427,599.00 |
| 10/17/2022 9:33 AM | Deposit | USDT | 965,270.00 |
| 10/17/2022 9:37 AM | Withdrawal | USDT | (5,000,001.00) |
| 10/17/2022 9:47 AM | Deposit | USDT | 4,999,998.00 |
| 10/17/2022 9:47 AM | Deposit | USDT | 4,999,998.00 |
| 10/17/2022 9:49 AM | Deposit | USDT | 597,999.00 |
| 10/17/2022 10:10 AM | Deposit | USDC | 5,000,000.00 |
| 10/17/2022 10:13 AM | Withdrawal | USD | (5,000,000.00) |
| 10/17/2022 10:52 AM | Withdrawal | USDT | (5,598,801.00) |
| 10/17/2022 11:26 AM | Deposit | USDC | 5,598,240.18 |
| 10/17/2022 11:29 AM | Withdrawal | USD | (5,600,000.00) |
| 10/17/2022 12:31 PM | Withdrawal | USD | (2,460,000.00) |
| 10/18/2022 5:39 AM | Deposit | USDT | 1,274,256.41 |
| 10/18/2022 5:41 AM | Deposit | TRX | 0.00 |
| 10/18/2022 5:41 AM | Deposit | USDT | 1,185,116.59 |
| 10/18/2022 5:56 AM | Withdrawal | USDT | (4,300,000.50) |
| 10/18/2022 8:01 AM | Deposit | USDC | 4,300,000.00 |
| 10/18/2022 8:03 AM | Deposit | TRX | 0.00 |
| 10/18/2022 8:17 AM | Withdrawal | USD | (1,000,000.00) |
| 10/18/2022 8:22 AM | Withdrawal | USDC | (1,086,260.00) |
| 10/18/2022 10:56 AM | Deposit | USDT | 2,547,999.00 |
| 10/18/2022 11:11 AM | Withdrawal | USDT | (1,086,261.08) |
| 10/18/2022 11:22 AM | Deposit | USDC | 2,086,260.08 |
| 10/18/2022 11:54 AM | Deposit | USDT | 3,950,599.00 |
| 10/18/2022 11:56 AM | Deposit | TRX | 0.00 |
| 10/18/2022 11:56 AM | Withdrawal | USD | (7,178,390.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/18/2022 12:16 PM | Withdrawal | USD | (1,505,900.00) |
| 10/18/2022 8:58 PM | Deposit | TRX | 0.00 |
| 10/19/2022 7:27 AM | Deposit | USDT | 1,686,699.00 |
| 10/19/2022 7:35 AM | Deposit | TRX | 0.00 |
| 10/19/2022 7:35 AM | Deposit | USDT | 1,039,070.00 |
| 10/19/2022 7:36 AM | Withdrawal | USDT | (2,500,001.00) |
| 10/19/2022 7:46 AM | Deposit | USDC | 2,500,000.00 |
| 10/19/2022 7:53 AM | Withdrawal | USDT | (2,500,002.50) |
| 10/19/2022 8:22 AM | Deposit | USDC | 2,500,000.00 |
| 10/19/2022 8:27 AM | Withdrawal | USDC | (5,000,000.00) |
| 10/19/2022 8:35 AM | Deposit | USDT | 4,109,499.00 |
| 10/19/2022 8:46 AM | Deposit | USDC | 4,999,969.00 |
| 10/19/2022 8:50 AM | Withdrawal | USD | (5,115,360.00) |
| 10/19/2022 8:53 AM | Deposit | USDC | 5,000,000.00 |
| 10/19/2022 8:58 AM | Withdrawal | USD | (5,000,000.00) |
| 10/19/2022 10:37 AM | Deposit | USDT | 2,801,099.00 |
| 10/19/2022 10:44 AM | Withdrawal | USDT | (3,000,001.00) |
| 10/19/2022 11:08 AM | Deposit | USDC | 3,000,000.00 |
| 10/19/2022 11:09 AM | Withdrawal | USD | (3,338,692.00) |
| 10/19/2022 11:44 AM | Deposit | TRX | 0.00 |
| 10/20/2022 8:39 AM | Deposit | USDT | 4,999,999.00 |
| 10/20/2022 8:57 AM | Withdrawal | USDT | (5,158,652.50) |
| 10/20/2022 9:34 AM | Deposit | USDC | 5,158,134.19 |
| 10/20/2022 9:38 AM | Withdrawal | USD | (5,157,618.00) |
| 10/20/2022 11:29 AM | Deposit | USDT | 4,999,999.00 |
| 10/20/2022 11:30 AM | Deposit | USDT | 2,735,899.00 |
| 10/20/2022 11:31 AM | Deposit | TRX | 0.00 |
| 10/20/2022 11:48 AM | Withdrawal | USDT | (8,000,001.00) |
| 10/20/2022 12:20 PM | Deposit | USDC | 7,999,200.08 |
| 10/20/2022 12:24 PM | Withdrawal | USD | (9,140,313.00) |
| 10/21/2022 9:17 AM | Deposit | USDT | 1,520,688.00 |
| 10/21/2022 9:18 AM | Deposit | USDT | 1,590,100.00 |
| 10/21/2022 9:38 AM | Withdrawal | USDT | (4,000,001.00) |
| 10/21/2022 9:55 AM | Deposit | USDC | 3,999,600.04 |
| 10/21/2022 11:42 AM | Deposit | USDT | 4,999,999.00 |
| 10/21/2022 11:43 AM | Deposit | TRX | 0.00 |
| 10/21/2022 12:07 PM | Withdrawal | USD | (6,408,567.00) |
| 10/22/2022 5:12 AM | Deposit | TRX | 0.00 |
| 10/24/2022 6:44 AM | Deposit | USDT | 4,114,814.00 |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/24/2022 6:45 AM | Deposit | USDT | 1,999,999.00 |
| 10/24/2022 7:01 AM | Withdrawal | USDT | (5,000,000.50) |
| 10/24/2022 8:14 AM | Deposit | USDC | 5,000,000.00 |
| 10/24/2022 8:16 AM | Withdrawal | USDT | (2,300,001.00) |
| 10/24/2022 9:06 AM | Deposit | USDC | 2,300,000.00 |
| 10/24/2022 9:07 AM | Withdrawal | USD | (300,000.00) |
| 10/24/2022 9:16 AM | Deposit | USDT | 498,670.00 |
| 10/24/2022 9:19 AM | Withdrawal | USDT | (2,500,001.00) |
| 10/24/2022 9:58 AM | Deposit | USDC | 2,500,000.00 |
| 10/24/2022 10:40 AM | Deposit | USDT | 4,491,999.00 |
| 10/24/2022 10:42 AM | Withdrawal | USD | (10,079,743.00) |
| 10/24/2022 12:24 PM | Withdrawal | USDT | (2,000,001.00) |
| 10/24/2022 12:35 PM | Deposit | USDC | 2,000,000.00 |
| 10/24/2022 12:37 PM | Withdrawal | USD | (3,300,000.00) |
| 10/24/2022 1:17 PM | Deposit | TRX | 0.00 |
| 10/24/2022 9:06 PM | Deposit | TRX | 0.00 |
| 10/25/2022 8:43 AM | Deposit | USDT | 3,060,508.00 |
| 10/25/2022 9:33 AM | Deposit | USDT | 1,007,470.00 |
| 10/25/2022 9:34 AM | Deposit | USDT | 999,899.00 |
| 10/25/2022 9:55 AM | Withdrawal | USDT | (5,182,655.00) |
| 10/25/2022 10:10 AM | Deposit | USDT | 4,325,199.00 |
| 10/25/2022 10:25 AM | Deposit | USDC | 5,182,654.00 |
| 10/25/2022 11:31 AM | Withdrawal | USD | (5,182,654.00) |
| 10/25/2022 12:17 PM | Deposit | USDT | 3,465,499.00 |
| 10/25/2022 12:21 PM | Withdrawal | USDT | (4,634,402.00) |
| 10/25/2022 1:39 PM | Deposit | USDC | 4,634,397.00 |
| 10/25/2022 1:41 PM | Withdrawal | USD | (4,846,500.00) |
| 10/26/2022 2:17 AM | Deposit | USDT | 757,220.00 |
| 10/26/2022 2:35 AM | Deposit | USDT | 299,999.00 |
| 10/26/2022 2:51 AM | Deposit | USDC | 300,070.00 |
| 10/26/2022 3:06 AM | Withdrawal | USDT | (5,000,001.00) |
| 10/26/2022 5:26 AM | Withdrawal | USD | (300,000.00) |
| 10/26/2022 6:10 AM | Deposit | USDC | 5,001,000.20 |
| 10/26/2022 7:23 AM | Deposit | USDT | 745,754.00 |
| 10/26/2022 7:23 AM | Deposit | USDT | 4,999,999.00 |
| 10/26/2022 7:36 AM | Withdrawal | USD | (5,001,000.00) |
| 10/26/2022 8:02 AM | Withdrawal | USDT | (5,800,001.00) |
| 10/26/2022 8:03 AM | Deposit | USDC | 499,970.00 |
| 10/26/2022 8:04 AM | Withdrawal | USD | (450,000.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---:|
| 10/26/2022 9:34 AM | Deposit | USDC | 5,801,160.23 |
| 10/26/2022 11:50 AM | Deposit | USDC | 29,970.00 |
| 10/26/2022 11:52 AM | Deposit | USDC | 249,970.00 |
| 10/26/2022 11:56 AM | Deposit | USDT | 982,997.00 |
| 10/26/2022 11:58 AM | Deposit | USDT | 4,972,499.00 |
| 10/26/2022 12:04 PM | Withdrawal | USDT | (3,000,002.50) |
| 10/26/2022 12:19 PM | Withdrawal | USD | (5,951,900.00) |
| 10/26/2022 12:38 PM | Deposit | USDT | 3,190,299.00 |
| 10/26/2022 12:52 PM | Deposit | USDC | 3,000,300.03 |
| 10/26/2022 12:59 PM | Withdrawal | USD | (3,190,300.00) |
| 10/26/2022 9:43 PM | Deposit | TRX | 0.00 |
| 10/26/2022 10:36 PM | Withdrawal | USDT | (3,000,001.00) |
| 10/26/2022 11:05 PM | Deposit | USDC | 3,000,600.12 |
| 10/27/2022 7:31 AM | Withdrawal | USDT | (3,000,001.00) |
| 10/27/2022 8:37 AM | Deposit | USDT | 4,999,998.00 |
| 10/27/2022 8:49 AM | Deposit | USDC | 3,000,300.03 |
| 10/27/2022 8:56 AM | Withdrawal | USD | (4,300,090.00) |
| 10/27/2022 8:57 AM | Withdrawal | USDT | (3,000,001.00) |
| 10/27/2022 9:31 AM | Deposit | USDC | 3,000,300.03 |
| 10/27/2022 11:13 AM | Deposit | USDT | 1,057,215.00 |
| 10/27/2022 11:15 AM | Deposit | USDT | 1,015,955.00 |
| 10/27/2022 11:37 AM | Withdrawal | USDT | (3,000,001.00) |
| 10/27/2022 12:01 PM | Deposit | USDC | 3,000,000.00 |
| 10/27/2022 12:31 PM | Deposit | USDT | 2,075,485.00 |
| 10/27/2022 12:32 PM | Deposit | USDT | 500,670.00 |
| 10/27/2022 12:33 PM | Withdrawal | USD | (5,447,621.00) |
| 10/27/2022 12:34 PM | Withdrawal | USDT | (3,000,001.00) |
| 10/27/2022 12:47 PM | Deposit | USDC | 3,000,000.00 |
| 10/27/2022 1:12 PM | Deposit | USDC | 98,170.00 |
| 10/28/2022 9:17 AM | Deposit | USDT | 2,001,054.00 |
| 10/28/2022 9:30 AM | Deposit | USDT | 816,915.00 |
| 10/28/2022 9:48 AM | Withdrawal | USDT | (3,500,001.00) |
| 10/28/2022 10:09 AM | Deposit | USDC | 3,500,350.04 |
| 10/28/2022 12:55 PM | Withdrawal | USD | (4,036,985.00) |
| 10/28/2022 1:17 PM | Withdrawal | USD | (1,095,211.00) |
| 10/31/2022 1:03 AM | Deposit | USDT | 1,899,999.00 |
| 10/31/2022 2:31 AM | Deposit | TRX | 0.00 |
| 10/31/2022 2:32 AM | Deposit | TRX | 0.00 |
| 10/31/2022 2:37 AM | Deposit | USDT | 99.00 |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 10/31/2022 2:50 AM | Deposit | USDT | 199.00 |
| 10/31/2022 3:14 AM | Deposit | USDT | 499.00 |
| 10/31/2022 4:13 AM | Deposit | USDT | 8,999.00 |
| 10/31/2022 4:15 AM | Deposit | TRX | 0.00 |
| 10/31/2022 4:16 AM | Deposit | TRX | 0.00 |
| 10/31/2022 4:54 AM | Deposit | TRX | 0.00 |
| 10/31/2022 4:55 AM | Deposit | USDT | 9,999.00 |
| 10/31/2022 5:41 AM | Withdrawal | USDT | (2,000,001.00) |
| 10/31/2022 5:59 AM | Deposit | USDC | 2,000,100.01 |
| 10/31/2022 9:00 AM | Withdrawal | USD | (4,000,400.00) |
| 10/31/2022 9:11 AM | Deposit | USDT | 4,699,199.00 |
| 10/31/2022 10:44 AM | Withdrawal | USDT | (3,000,001.00) |
| 10/31/2022 11:06 AM | Deposit | USDC | 2,999,850.01 |
| 10/31/2022 11:58 AM | Withdrawal | USDT | (1,000,001.00) |
| 10/31/2022 12:27 PM | Withdrawal | USD | (3,368,689.00) |
| 10/31/2022 12:47 PM | Deposit | USDC | 999,900.01 |
| 10/31/2022 12:53 PM | Withdrawal | USD | (1,796,775.00) |
| 10/31/2022 9:41 PM | Deposit | USDT | 519.00 |
| 11/01/2022 5:06 AM | Withdrawal | USD | (500.00) |
| 11/01/2022 8:07 AM | Deposit | USDT | 3,999,999.00 |
| 11/01/2022 8:11 AM | Deposit | USDT | 3,999,999.00 |
| 11/01/2022 8:12 AM | Deposit | USDT | 3,999,999.00 |
| 11/01/2022 8:12 AM | Deposit | USDT | 999,999.00 |
| 11/01/2022 8:32 AM | Withdrawal | USDT | (13,000,001.00) |
| 11/01/2022 8:45 AM | Deposit | USDC | 12,997,400.52 |
| 11/01/2022 8:54 AM | Withdrawal | USD | (10,000,000.00) |
| 11/01/2022 9:28 AM | Deposit | USDT | 636,070.00 |
| 11/01/2022 9:29 AM | Deposit | USDT | 1,266,999.00 |
| 11/01/2022 9:41 AM | Withdrawal | USDT | (2,000,002.50) |
| 11/01/2022 10:00 AM | Deposit | USDC | 1,999,600.08 |
| 11/01/2022 10:26 AM | Deposit | TRX | 0.00 |
| 11/01/2022 10:26 AM | Deposit | TRX | 0.00 |
| 11/01/2022 10:26 AM | Deposit | TRX | 0.00 |
| 11/01/2022 11:07 AM | Deposit | USDT | 4,649,999.00 |
| 11/01/2022 11:07 AM | Deposit | USDT | 4,649,999.00 |
| 11/01/2022 11:22 AM | Withdrawal | USDT | (5,000,001.00) |
| 11/01/2022 12:06 PM | Deposit | USDC | 295,970.00 |
| 11/01/2022 1:12 PM | Deposit | USDC | 4,998,700.34 |
| 11/01/2022 1:15 PM | Withdrawal | USD | (10,828,960.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 11/01/2022 2:13 PM | Deposit | TRX | 0.00 |
| 11/02/2022 6:16 AM | Withdrawal | USDT | (1,000,001.00) |
| 11/02/2022 7:03 AM | Deposit | USDC | 999,800.04 |
| 11/02/2022 7:15 AM | Deposit | USDT | 3,817,299.00 |
| 11/02/2022 7:25 AM | Withdrawal | USDT | (4,000,001.00) |
| 11/02/2022 7:49 AM | Deposit | TRX | 0.00 |
| 11/02/2022 8:24 AM | Deposit | USDC | 3,999,600.04 |
| 11/02/2022 8:27 AM | Withdrawal | USD | (200,000.00) |
| 11/02/2022 8:35 AM | Withdrawal | USDT | (2,000,001.00) |
| 11/02/2022 8:37 AM | Withdrawal | USDC | (20,000.00) |
| 11/02/2022 8:49 AM | Deposit | USDC | 1,999,800.02 |
| 11/02/2022 8:49 AM | Withdrawal | USD | (125,000.00) |
| 11/02/2022 9:42 AM | Deposit | USDT | 899,999.00 |
| 11/02/2022 10:02 AM | Withdrawal | USD | (706,301.00) |
| 11/02/2022 10:51 AM | Deposit | USDT | 4,619,999.00 |
| 11/02/2022 10:56 AM | Withdrawal | USD | (7,349,200.00) |
| 11/02/2022 11:34 AM | Withdrawal | USDT | (5,000,002.50) |
| 11/02/2022 12:11 PM | Deposit | USDT | 2,995,499.00 |
| 11/02/2022 12:20 PM | Deposit | USDC | 4,998,750.00 |
| 11/02/2022 12:20 PM | Withdrawal | USD | (3,339,312.00) |
| 11/02/2022 9:58 PM | Withdrawal | USDT | (3,500,001.00) |
| 11/02/2022 10:05 PM | Deposit | USDC | 3,499,650.00 |
| 11/03/2022 8:48 AM | Deposit | USDT | 1,021,999.00 |
| 11/03/2022 9:28 AM | Deposit | USDT | 636,570.00 |
| 11/03/2022 10:29 AM | Withdrawal | USD | (299,950.00) |
| 11/03/2022 10:45 AM | Withdrawal | USD | (5,266,847.00) |
| 11/03/2022 10:55 AM | Deposit | USDT | 4,245,579.00 |
| 11/03/2022 11:58 AM | Withdrawal | USDT | (2,000,002.50) |
| 11/03/2022 12:17 PM | Deposit | USDC | 1,999,800.00 |
| 11/03/2022 12:53 PM | Withdrawal | USD | (1,849,362.00) |
| 11/03/2022 9:54 PM | Deposit | USDT | 1,810,699.00 |
| 11/03/2022 11:21 PM | Withdrawal | USDT | (5,000,001.00) |
| 11/03/2022 11:40 PM | Deposit | USDC | 4,999,250.00 |
| 11/04/2022 6:00 AM | Deposit | USDT | 4,706,299.00 |
| 11/04/2022 6:11 AM | Withdrawal | USDT | (5,000,001.00) |
| 11/04/2022 6:14 AM | Withdrawal | USD | (4,705,368.00) |
| 11/04/2022 9:49 AM | Deposit | USDC | 4,999,500.00 |
| 11/04/2022 10:22 AM | Withdrawal | USD | (1,300,237.00) |
| 11/04/2022 1:21 PM | Withdrawal | USD | (4,084,370.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 11/04/2022 1:47 PM | Withdrawal | USD | (3,000.00) |
| 11/05/2022 11:44 AM | Deposit | TRX | 0.00 |
| 11/06/2022 10:59 PM | Deposit | USDT | 3,414,999.00 |
| 11/06/2022 11:04 PM | Deposit | USDT | 2,156,970.00 |
| 11/07/2022 1:10 AM | Withdrawal | USD | (1,000.00) |
| 11/07/2022 7:58 AM | Withdrawal | USD | (100,000.00) |
| 11/07/2022 8:13 AM | Deposit | USDC | 99,970.00 |
| 11/07/2022 8:49 AM | Withdrawal | USDT | (5,400,000.50) |
| 11/07/2022 9:52 AM | Deposit | USDC | 5,400,000.00 |
| 11/07/2022 10:51 AM | Withdrawal | USD | (500,000.00) |
| 11/07/2022 11:29 AM | Deposit | TRX | 0.00 |
| 11/07/2022 1:18 PM | Deposit | USDC | 5,000,250.00 |
| 11/07/2022 1:20 PM | Deposit | USDC | 4,000,200.00 |
| 11/07/2022 1:21 PM | Withdrawal | USD | (5,000,000.00) |
| 11/07/2022 1:21 PM | Withdrawal | USD | (4,000,000.00) |
| 11/07/2022 2:07 PM | Withdrawal | USD | (10,000.00) |
| 11/07/2022 2:10 PM | Withdrawal | USD | (10,000.00) |
| 11/07/2022 2:11 PM | Withdrawal | USD | (15,000.00) |
| 11/07/2022 2:24 PM | Deposit | USDC | 4,000,000.00 |
| 11/07/2022 2:30 PM | Withdrawal | USD | (4,000,000.00) |
| 11/07/2022 5:56 PM | Withdrawal | USD | (15,000.00) |
| 11/07/2022 5:58 PM | Withdrawal | USD | (15,000.00) |
| 11/07/2022 5:59 PM | Withdrawal | USD | (15,000.00) |
| 11/07/2022 6:08 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:08 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:20 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:27 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:28 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:29 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:30 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:31 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 6:31 PM | Withdrawal | USD | (20,000.00) |
| 11/07/2022 7:08 PM | Withdrawal | USD | (50,000.00) |
| 11/08/2022 1:12 AM | Withdrawal | USD | (20,000.00) |
| 11/08/2022 1:12 AM | Withdrawal | USD | (20,000.00) |
| 11/08/2022 1:13 AM | Withdrawal | USD | (20,000.00) |
| 11/08/2022 1:51 AM | Withdrawal | USD | (20,000.00) |
| 11/08/2022 2:01 AM | Withdrawal | USD | (10,000.00) |
| 11/08/2022 3:08 AM | Withdrawal | USDT | (3,001.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 11/08/2022 3:28 AM | Withdrawal | USDT | (5,000.00) |
| 11/08/2022 4:04 AM | Withdrawal | USDT | (19,999.00) |
| 11/08/2022 4:06 AM | Withdrawal | USDT | (9,999.00) |
| 11/08/2022 4:06 AM | Withdrawal | USDT | (10,000.00) |
| 11/08/2022 4:36 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:36 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:36 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:37 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:37 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:37 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:37 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:37 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:38 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:38 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:38 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:38 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:38 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:39 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:39 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:40 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:41 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:41 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:41 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:42 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:42 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:42 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:42 AM | Withdrawal | USDT | (5,001.00) |
| 11/08/2022 4:44 AM | Withdrawal | USDT | (5,026.00) |
| 11/08/2022 4:45 AM | Withdrawal | USDT | (5,027.00) |
| 11/08/2022 4:45 AM | Withdrawal | USDT | (5,029.00) |
| 11/08/2022 4:46 AM | Withdrawal | USDT | (5,032.00) |
| 11/08/2022 4:46 AM | Withdrawal | USDT | (5,028.00) |
| 11/08/2022 4:46 AM | Withdrawal | USDT | (5,031.00) |
| 11/08/2022 4:47 AM | Withdrawal | USDT | (5,034.00) |
| 11/08/2022 4:47 AM | Withdrawal | USDT | (5,036.00) |
| 11/08/2022 4:47 AM | Withdrawal | USDT | (5,035.00) |
| 11/08/2022 4:48 AM | Withdrawal | USDT | (5,037.00) |
| 11/08/2022 4:50 AM | Withdrawal | USDT | (5,039.00) |
| 11/08/2022 4:50 AM | Withdrawal | USDT | (5,038.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 11/08/2022 4:51 AM | Withdrawal | USDT | (5,041.00) |
| 11/08/2022 4:51 AM | Withdrawal | USDT | (5,045.00) |
| 11/08/2022 4:51 AM | Withdrawal | USDT | (5,042.00) |
| 11/08/2022 4:51 AM | Withdrawal | USDT | (5,046.00) |
| 11/08/2022 4:51 AM | Withdrawal | USDT | (5,043.00) |
| 11/08/2022 4:51 AM | Withdrawal | USDT | (5,047.00) |
| 11/08/2022 4:52 AM | Withdrawal | USDT | (5,044.00) |
| 11/08/2022 4:54 AM | Withdrawal | USDT | (5,048.00) |
| 11/08/2022 4:54 AM | Withdrawal | USDT | (5,049.00) |
| 11/08/2022 4:54 AM | Withdrawal | USDT | (5,052.00) |
| 11/08/2022 4:55 AM | Withdrawal | USDT | (5,050.00) |
| 11/08/2022 4:55 AM | Withdrawal | USDT | (5,051.00) |
| 11/08/2022 4:55 AM | Withdrawal | USDT | (5,053.00) |
| 11/08/2022 4:55 AM | Withdrawal | USDT | (5,054.00) |
| 11/08/2022 4:55 AM | Withdrawal | USDT | (5,057.00) |
| 11/08/2022 4:55 AM | Withdrawal | USDT | (5,055.00) |
| 11/08/2022 4:56 AM | Withdrawal | USDT | (5,058.00) |
| 11/08/2022 4:57 AM | Withdrawal | USDT | (5,059.00) |
| 11/08/2022 4:57 AM | Withdrawal | USDT | (5,060.00) |
| 11/08/2022 4:58 AM | Withdrawal | USDT | (5,063.00) |
| 11/08/2022 4:58 AM | Withdrawal | USDT | (5,064.00) |
| 11/08/2022 5:22 AM | Withdrawal | USDT | (5,065.00) |
| 11/08/2022 5:23 AM | Withdrawal | USDC | (2,567.00) |
| 11/08/2022 5:24 AM | Withdrawal | USDT | (5,066.00) |
| 11/08/2022 5:27 AM | Withdrawal | USDT | (5,069.00) |
| 11/08/2022 5:30 AM | Withdrawal | USDT | (5,077.00) |
| 11/08/2022 5:32 AM | Withdrawal | USDT | (5,075.00) |
| 11/08/2022 5:34 AM | Withdrawal | USDT | (5,076.00) |
| 11/08/2022 5:34 AM | Withdrawal | USDT | (5,071.00) |
| 11/08/2022 5:34 AM | Withdrawal | USDT | (5,074.00) |
| 11/08/2022 5:40 AM | Withdrawal | USDT | (5,079.00) |
| 11/08/2022 5:41 AM | Withdrawal | USDT | (5,073.00) |
| 11/08/2022 5:41 AM | Withdrawal | USDT | (5,072.00) |
| 11/08/2022 5:43 AM | Withdrawal | USDT | (5,079.00) |
| 11/08/2022 5:43 AM | Withdrawal | USDT | (5,072.00) |
| 11/08/2022 5:44 AM | Withdrawal | USDT | (5,072.00) |
| 11/08/2022 5:46 AM | Withdrawal | USDT | (5,071.00) |
| 11/08/2022 5:47 AM | Withdrawal | USDT | (5,083.00) |
| 11/08/2022 5:48 AM | Withdrawal | USDT | (5,080.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 11/08/2022 5:48 AM | Withdrawal | USDT | (5,081.00) |
| 11/08/2022 5:48 AM | Withdrawal | USDT | (5,082.00) |
| 11/08/2022 5:48 AM | Withdrawal | USDT | (5,073.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,105.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,106.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,102.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,107.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,116.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,109.00) |
| 11/08/2022 5:49 AM | Withdrawal | USDT | (5,112.00) |
| 11/08/2022 5:50 AM | Withdrawal | USDT | (5,103.00) |
| 11/08/2022 5:50 AM | Withdrawal | USDT | (5,117.00) |
| 11/08/2022 5:50 AM | Withdrawal | USDT | (5,121.00) |
| 11/08/2022 5:50 AM | Withdrawal | USDT | (5,129.00) |
| 11/08/2022 5:50 AM | Withdrawal | USDT | (5,114.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,115.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,104.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,125.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,108.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,127.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,110.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,120.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,113.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,123.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,118.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,124.00) |
| 11/08/2022 5:51 AM | Withdrawal | USDT | (5,142.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,119.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,122.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,126.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,134.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,135.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,139.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,148.00) |
| 11/08/2022 5:52 AM | Withdrawal | USDT | (5,128.00) |
| 11/08/2022 5:53 AM | Withdrawal | USDT | (5,137.00) |
| 11/08/2022 5:53 AM | Withdrawal | USDT | (5,130.00) |
| 11/08/2022 5:53 AM | Withdrawal | USDT | (5,138.00) |
| 11/08/2022 5:53 AM | Withdrawal | USDT | (5,144.00) |

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 11/08/2022 5:53 AM | Withdrawal | USDT | (5,158.00) |
| 11/08/2022 5:53 AM | Withdrawal | USDT | (5,146.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,132.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,136.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,150.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,151.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,165.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,154.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,140.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,141.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,160.00) |
| 11/08/2022 5:54 AM | Withdrawal | USDT | (5,143.00) |
| 11/08/2022 5:55 AM | Withdrawal | USDT | (5,168.00) |
| 11/08/2022 5:56 AM | Withdrawal | USDT | (5,169.00) |
| 11/08/2022 5:56 AM | Withdrawal | USDT | (5,145.00) |
| 11/08/2022 5:56 AM | Withdrawal | USDT | (5,155.00) |
| 11/08/2022 5:56 AM | Withdrawal | USDT | (5,157.00) |
| 11/08/2022 5:57 AM | Withdrawal | USDT | (5,174.00) |
| 11/08/2022 5:57 AM | Withdrawal | USDT | (5,152.00) |
| 11/08/2022 5:57 AM | Withdrawal | USDT | (5,175.00) |
| 11/08/2022 5:58 AM | Withdrawal | USDT | (5,147.00) |
| 11/08/2022 5:58 AM | Withdrawal | USDT | (5,153.00) |
| 11/08/2022 5:58 AM | Withdrawal | USDT | (5,166.00) |
| 11/08/2022 5:59 AM | Withdrawal | USDT | (5,178.00) |
| 11/08/2022 5:59 AM | Withdrawal | USDT | (5,183.00) |

1. Transaction types considered in this analysis were withdrawals from and deposits to FTX.com accounts.