# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX RECOVERY TRUST, <br><br> Plaintiff, <br><br> - against - <br><br> HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD., <br><br> Defendant. | Adv. Pro. No. 24-50219 (JTD) |

## NOTICE OF SUBSTITUTION OF PLAINTIFF

**PLEASE TAKE NOTICE** that on October 8, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Plan"), which became effective on January 3, 2025 [D.I. 29127] (the "Effective Date").[2]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Plan.

{1368.003-W0079934.}

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order provide that, on the Effective Date, all of the Debtors' interests in the Adversary Proceedings were transferred to the FTX Recovery Trust.

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2025, the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554] (the "Substitution Order") authorizing the FTX Recovery Trust to substitute in as Plaintiff for all Debtors and requesting that the Clerk of the Court amend the case caption in the above-captioned adversary proceeding (the "Adversary Proceeding") to identify the FTX Recovery Trust as Plaintiff replacing all Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Substitution Order, the FTX Recovery Trust is now a Plaintiff in the Adversary Proceeding, replacing any Debtor, and the case-caption of the Adversary Proceeding shall be amended as indicated above in this notice.

| | |
|---|---|
| Dated: February 14, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Howard W. Robertson, IV*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail:  landis@lrclaw.com<br>           cobb@lrclaw.com<br>           mcguire@lrclaw.com<br>           robertson@lrclaw.com<br><br>and<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (admitted pro hac vice)<br>Brian D. Glueckstein (admitted pro hac vice)<br>Justin J. DeCamp (admitted pro hac vice)<br>Christopher J. Dunne (admitted pro hac vice)<br>Jacob M. Croke (admitted pro hac vice)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: wheelers@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           decampj@sullcrom.com<br>           dunnec@sullcrom.com<br>           crokej@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |