## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MEK GLOBAL LIMITED, PEKEN GLOBAL LIMITED, PHOENIXFIN PTE. LTD., AND FLASHDOT LIMITED,<br><br>Defendants. | Adv. Pro. No. 24-50181 (JTD) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>Defendants. | Adv. Pro. No. 24-50184 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| FTX RECOVERY TRUST, | Adv. Pro. No. 24-50188 (JTD) |
| Plaintiff, | |
| -against- | |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | |
| Defendants. | |
| FTX RECOVERY TRUST, | Adv. Pro. 24-50197 (JTD) |
| Plaintiff, | |
| - against - | |
| FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN, | |
| Defendant. | |
| FTX RECOVERY TRUST, | Adv. Pro. No. 24-50201 (JTD) |
| Plaintiff, | |
| - against - | |
| PROSPERITY ALLIANCE, INC., | |
| Defendant. | |

FTX RECOVERY TRUST,

                    Plaintiff,

      - against -

MATTHEW NASS, MATTHEW PLACE,
JOSHUA LEYTON, JOHN CONBERE, and
LUIS SCOTT-VARGAS,

                Defendants.

Adv. Pro. No. 24-50210 (JTD)

---

FTX RECOVERY TRUST,

                    Plaintiff,

      - against -

SPARTZ PHILANTHROPIES, dba RETHINK
CHARITY and NONLINEAR,

                Defendant.

Adv. Pro. No. 24-50213 (JTD)

---

FTX RECOVERY TRUST,

                    Plaintiff,

      -against-

NEIL PATEL, I'M KIND OF A BIG DEAL,
LLC, and NEIL PATEL DIGITAL, LLC,

                Defendant.

Adv. Pro. No. 24-50216 (JTD)

FTX RECOVERY TRUST,

                     Plaintiff,

        - against -

HUOBI GLOBAL LTD., HTX LTD., ABOUT
CAPITAL MANAGEMENT (HK) CO., LTD.,
DIGITAL LEGEND HODLINGS LTD., HBIT
LTD., ORANGE ANTHEM LTD., and POLO
DIGITAL ASSETS, LTD.,

                     Defendants.

Adv. Pro. No. 24-50219 (JTD)

---

FTX RECOVERY TRUST,

                     Plaintiff,

        - against -

ALEKSANDR "SASHA" IVANOV, NUMERIS
LTD., DLTECH LTD., and JOHN DOES 1-20,
                     Defendants.

Adv. Pro. No. 24-50221 (JTD)

---

FTX RECOVERY TRUST,

                     Plaintiff,

        - against -

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE
GP HOLDINGS LLC, DIGITAL MACRO FUND
LP f/k/a SKYBRIDGE COIN FUND LP, SALT
VENTURE GROUP LLC, ANTHONY
SCARAMUCCI, and BRETT MESSING,

                     Defendants.

Adv. Pro. No. 24-50209 (JTD)

FTX RECOVERY TRUST,

                Plaintiff,

- against -

NAWAAZ MOHAMMAD MEERUN.,

                Defendant.

Adv. Pro. No. 24-50198 (JTD)

**AMENDED² NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 13, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

> **\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT\*\***

## <u>ADJOURNED MATTERS</u>:

1.  Debtors' Objection to Ross Rheingans-Yoo's Claim No. 5166 [D.I. 3409, filed on October 30, 2023]

    <u>Status</u>: This matter is adjourned to the April 17, 2025 omnibus hearing.

2.  Debtors' Objection to Proof of Claim Filed by SC30, Inc. [D.I. 19971, filed on July 10, 2024]

    <u>Status</u>: This matter is adjourned to a date to be determined.

3.  Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 29773, filed February 27, 2025]

    <u>Status</u>: This matter is adjourned to the April 17, 2025 omnibus hearing.

## <u>ADJOURNED MATTERS – ADVERSARY PROCEEDINGS</u>:

4.  Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research v MEK Global*, Adv. No. 24-50181 (JTD) – Adv. D.I. 3, filed on December 27, 2024]

    <u>Status</u>: This matter is adjourned to the April 17, 2025 omnibus hearing.

---

² **Amended items appear in bold.**

5.  Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 (JTD) – Adv. D.I. 3, filed on December 13, 2024]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

6.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Foris DAX MT Ltd. et al*., Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

7.  Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Clifton Bay Investments LLC fka Alameda Research v. Farmington State Corporation*, Adv. No. 24-50197]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

8.  Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Prosperity Alliance, Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

9.  Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Spartz Philanthropies*, Adv. No. 24-50213 – Adv. D.I. 3, filed on November 26, 2024]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

10. Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Huobi Global Ltd. et al.*, Adv. No. 24-50219 – Adv. D.I. 3, filed on December 13, 2024]

    Status: This matter is adjourned to the April 17, 2025 omnibus hearing.

**RESOLVED MATTERS – ADVERSARY PROCEEDINGS:**

11.   Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Alameda Research Ltd. et al v. Neil Patel et al.* – Adv. No. 24-50216]

Status: This matter is resolved.

12.   Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*West Realm Shires, Inc. v. Matthew Nass et al*., Adv. No. 24-50210 – Adv. D.I. 3, filed on November 14, 2024]

Status: This matter is resolved.

**MATTERS GOING FORWARD – ADVERSARY PROCEEDINGS:**

13.   Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss [*Alameda Research Ltd. v. Ivanov et al.*, Adv. No. 24-50221 (JTD) Adv. D.I. 8, filed on January 7, 2025]

Response Deadline: January 21, 2025

Responses Received:

   A.   Plaintiff's Opposition to Defendant Aleksandr "Sasha" Ivanov's Motion to Stay Discovery Pending Motion to Dismiss [Adv. D.I. 10, filed on January 16, 2025]

Related Documents:

   A.   Defendant Aleksandr "Sasha" Ivanov's Reply in Further Support of His Motion to Stay Discovery Pending Motion to Dismiss [Adv. D.I. 11, filed on January 20, 2025]

Status: **This matter is adjourned to a date to be determined**.

14.   Skybridge Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [*FTX Recovery Trust v. SkyBridge Capital II, LLC et al.*, Adv. No. 24-50209 (JTD) Adv. D.I. 26, filed on January 26, 2025]

Response Deadline: February 10, 2025

Responses Received:

   A.   Plaintiffs' Opposition to Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 33, filed on February 10, 2025]

Related Documents:

    A.  Letter to The Honorable John T. Dorsey regarding Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 32, filed on January 29, 2025]

    B.  Defendants' Reply in Support of Their Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 38, filed on February 18, 2025]

    C.  Request for Oral Argument Regarding Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 41, filed on February 21, 2025]

    D.  Notice of Completion of Briefing Regarding Defendants' Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Compel Arbitration and to Dismiss and/or Stay [Adv. D.I. 42, filed on February 21, 2025]

    E.  Plaintiff's Request for Oral Argument [Adv. D.I. 46, filed on February 25, 2025]

Status: **This matter is adjourned to a date to be determined**.

15.  Defendant Mohammad Nawaaz Meerun's Motion to Stay Discovery Pending a Ruling on Defendant Mohammad Nawaaz Meerun's Motion to Compel [*FTX Recovery Trust v. Mohammad Nawaaz Meerun*, Adv. No. 24-50198 (JTD) Adv. D.I. 15, filed on February 18, 2025]

Response Deadline: March 4, 2025

Responses Received:

    A.  Plaintiff's Opposition to Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration [Adv. D.I. 26, filed on March 4, 2025]

Related Documents:

    A.  Reply in Further Support of Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration [Adv. D.I. 27, filed on March 11, 2025]

    B.  Declaration of Heath D. Rosenblatt in Support of Mohammad Nawaaz Meerun's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Compel Arbitration [Adv. D.I. 28, filed on March 11, 2025]

Status: **This matter is adjourned to a date to be determined**.

**FEE APPLICATIONS**:

16.     Interim Fee Applications.  *See* **Exhibit A** attached hereto.

        Response Deadline: January 6, 2025 at 4:00 p.m. (ET)

        Status: **A certification of counsel has been filed, and an order has been uploaded for entry in accordance with the Court's procedures**.  Accordingly, a hearing on this matter is not required unless the Court has any questions.

Dated: March 12, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christian P. Jensen (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      jensenc@sullcrom.com

*Counsel for the FTX Recovery Trust*