**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>Defendants. | Adv. Pro. No. 24-50219 (KBO) |

**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT OF**
**DIGITAL LEGEND HODLINGS LTD.**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendant Digital Legend Hodlings Ltd. ("Digital Legend") provides notice that:

1. Digital Legend is a foreign company incorporated under the laws of the British Virgin Islands.
2. Digital Legend does not have a parent corporation.
3. Digital Legend is not publicly held and no publicly traded entity owns more than 10% of Digital Legend.

Dated: April 7, 2025

Respectfully submitted,

/s/ Gregory Strong

Gregory Strong
**CAHILL GORDON & REINDEL LLP**
221 W. 10th Street 3rd Floor
Wilmington, DE 19801
(302) 884-0000
gstrong@cahill.com

*Counsel for Defendant Digital Legend Hodlings Ltd.*