# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                            Plaintiff,<br><br>- against -<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>                            Defendants. | Adv. Pro. No. 24-50219 (KBO) |

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendants Orange Anthem Ltd. ("Orange Anthem") and About Capital Management (HK) Co., Ltd. ("About Capital") hereby provide the following statements.

Orange Anthem states as follows:

1. Orange Anthem is a foreign company incorporated under the laws of the British Virgin Islands.

2. Orange Anthem has no parent corporation.

3. No publicly held corporation owns 10% or more of Orange Anthem's stock.

2

About Capital states as follows:

1. About Capital is a foreign company incorporated in Hong Kong.

2. T&TC Capital Limited is a parent company of About Capital through majority ownership.

3. No publicly held corporation owns 10% or more of About Capital's stock.

Dated: April 21, 2025                                       Respectfully submitted,

  /s/ David E. Kirk
**KIRK & INGRAM, LLP**
David E. Kirk (No. 7310)
43 West 43rd Street, Suite 279
New York, NY 10036
Telephone: (212) 859-3504
dkirk@kirkingram.com

*Counsel for Defendants About Capital Management (HK) Co., Ltd. and Orange Anthem Ltd.*