# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                            Plaintiff,<br><br>- against -<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>                            Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**DECLARATION OF JIANG YIYING IN SUPPORT OF DIGITAL LEGEND HODLINGS LTD.'S MOTION TO DISMISS THE COMPLAINT**

I, JIANG Yiying, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness could testify to those facts.

2. I am a director of Digital Legend Hodlings Ltd. ("Digital Legend"), a Defendant in the above-captioned adversary proceeding. I submit this declaration in support of the accompanying Memorandum of Law in Support of Digital Legend's Motion to Dismiss the Complaint.

3. Digital Legend is incorporated under the laws of the British Virgin Islands. It does not conduct any business in the United States.

1

4. Digital Legend is not incorporated in any forum in the United States, does not have employees, bank accounts, or offices in the United States, and does not transact business in the United States.

Executed on: 21 April 2025

*Jiang Yiying*
Jiang Yiying
Director, Digital Legend Hodlings Ltd.