# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                           Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                         Plaintiff,<br><br>- against -<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>                         Defendants. | Adv. Pro. No. 24-50219 (KBO)<br><br>Re: Adv. D.I. 29, 33, 34, 38, 39, 40, and 42. |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *Motion of Defendants About Capital Management (HK) Co., Ltd. and Orange Anthem Ltd. to Stay Discovery Pending Resolution of Motion to Dismiss* [Adv. D.I. 29] and *Digital Legend Hodlings Ltd.'s Motion to Stay Discovery Pending Resolution of Motion to Dismiss* [Adv. D.I. 33] (together, the "Motions to Stay").

PLEASE TAKE FURTHER NOTICE that About Capital Management (HK) Co., Ltd. ("About Capital"), Orange Anthem Ltd. ("Orange Anthem"), and Digital Legend Hodlings Ltd. ("Digital Legend"), by and through their respective undersigned counsel, advises the Court that the following filings are relevant to the Motions to Stay and will be delivered to chambers:

1. Complaint for Turnover of Assets pursuant to 11 U.S.C. § 542, for Violations of the Automatic Stay pursuant to 11 U.S.C. § 362, for Avoidance of Transfers pursuant to 11 U.S.C. § 547, and for Disallowance of Claims pursuant to 11 U.S.C. § 502 [Adv. D.I. 1, filed Nov. 9, 2024];

2. About Capital's and Orange Anthem's Motion to Stay Discovery Pending Resolution of Motion to Dismiss [Adv. D.I. 29, filed Apr. 21, 2025];

    a. About Capital's and Orange Anthem's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim [Adv. D.I. 28, filed Apr. 28, 2025] (included for the Court's reference as it is cited in About Capital's and Orange Anthem's Motion to Stay Discovery Pending Resolution of Motion to Dismiss);

3. Digital Legend's Motion to Stay Discovery Pending Resolution of Motion to Dismiss [Adv. D.I. 33, filed Apr. 21, 2025];

4. Digital Legend's Memorandum of Law in support of Its Motion to Stay Discovery Pending Resolution of Motion to Dismiss [Adv. D.I. 34, filed Apr. 21, 2025];

    a. Digital Legend's Motion to Dismiss the Complaint [Adv. D.I. 30, filed Apr. 21, 2025], accompanied by Its Memorandum of Law in support of Its Motion to Dismiss [Adv. D.I. 31, filed Apr. 21, 2025], and the Declaration of Jiang Yiying in support of Digital Legend's Motion to Dismiss the Complaint [Adv. D.I. 32, filed Apr. 21, 2025] (included for the Court's reference as it is cited in Digital Legend's Memorandum of Law in support of its Motion to Stay Discovery Pending Resolution of Motion to Dismiss);

5. Plaintiff's Opposition to Defendants' Motions to Stay Discovery Pending Resolution of Defendants' Motions to Dismiss [Adv. D.I. 38, filed May 5, 2025];

6. About Capital's and Orange Anthem's Reply Brief in further support of Motion to Stay Discovery Pending Resolution of Motion to Dismiss [Adv. D.I. 39, filed May 13, 2025];

7. Digital Legend's Reply Memorandum of Law in support of Its Motion to Stay Discovery Pending Resolution of Motion to Dismiss [Adv. D.I. 40, filed May 13, 2025]; and

8. The Joint Request for Oral Argument on Defendants' Motions to Stay Discovery Pending Resolution of Motions to Dismiss [Adv. D.I. 42, filed May 16, 2025].

Date: May 20, 2025                                    Respectfully submitted,

                                                      */s/ Gregory Strong*
                                                      Gregory Strong (No. 4664)
                                                      CAHILL GORDON & REINDEL LLP
                                                      221 W. 10th Street, 3rd Floor
                                                      Wilmington, DE 19801
                                                      (302) 884-0001
                                                      GStrong@cahill.com

Samson A. Enzer (admitted *pro hac vice*)
Tammy L. Roy (admitted *pro hac vice*)
Joel H. Levitin (admitted *pro hac vice*)
Gregory Mortenson (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
TRoy@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com

*Attorneys for Digital Legend Hodlings Ltd.*


and


*/s/ David E. Kirk*
David E. Kirk (No. 7310)
KIRK & INGRAM, LLP
43 West 43rd Street, Suite 279
New York, NY 10036
(212) 859-3504
DKirk@kirkingram.com

*Attorney for Defendants About Capital Management (HK) Co., Ltd. and Orange Anthem Ltd.*

**Service List - Via CM/ECF**

Matthew B. McGuire, Esq.
Howard W. Robertson IV, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
mcguire@lrclaw.com
robertson@lrclaw.com

Stephanie G. Wheeler, Esq.
Brian D. Glueckstein, Esq.
Justin J. DeCamp, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Attorneys for Plaintiff FTX Recovery Trust*


Benjamin J. Steele, Esq.
KROLL RESTRUCTURING ADMINISTRATION LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232
bsteele@primeclerk.com

*Claims Agent Representative*