**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>Defendants. | Adv. Pro. No. 24-50219 (KBO)<br><br>**Hearing Date: December 8, 2025 at 9:30am**<br><br>**Re: Adv. D.I. Nos. 28, 30, 53** |

**NOTICE OF HEARING ON MOTIONS TO DISMISS**

**PLEASE TAKE NOTICE** that oral argument on (i) *Motion to Dismiss Complaint by Defendants About Capital Management (HK) Co., Ltd. and Orange Anthem Ltd. [Adv. D.I. 28]* and (ii) *Motion to Dismiss Complaint by Defendant Digital Legend Hodlings Ltd. [Adv. D.I. 30]* is scheduled before the Honorable Karen B. Owens, on December 8, 2025, at 9:30 a.m.

Dated: November 17, 2025

Respectfully submitted,

**KIRK & INGRAM, LLP**

/s/ David E. Kirk
David E. Kirk (No. 7310)
43 West 43rd Street, Suite 279
New York, NY 10036
(212) 859-3504
DKirk@kirkingram.com

*Counsel for Defendants About Capital Management (HK) Co., Ltd. and Orange Anthem Ltd.*

**CAHILL GORDON & REINDEL LLP**

/s/ Gregory Strong
Gregory Strong (No. 4664)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

Samson A. Enzer (admitted *pro hac vice*)
Tammy L. Roy (admitted *pro hac vice*)
Joel H. Levitin (admitted *pro hac vice*)
Gregory Mortenson (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
TRoy@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com

*Counsel for Defendant Digital Legend Hodlings Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2025, I caused a true and correct copy of the foregoing document to be served upon all parties of record via CM/ECF, and the parties listed below by e-mail.

Dated: November 17, 2025

/s/ David E. Kirk
David E. Kirk (No. 7310)

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Richard S. Cobb, Esq.
Matthew B. McGuire, Esq.
Howard W. Robertson IV, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

SULLIVAN & CROMWELL LLP
Stephanie G. Wheeler, Esq.
Brian D. Glueckstein, Esq.
Justin J. DeCamp, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
125 Broad Street
New York, NY 10004
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Attorneys for Debtors and Plaintiff FTX Recovery Trust*

OFFICE OF THE U.S. TRUSTEE
Joseph James McMahon, Jr., Esq.
Benjamin A. Hackman, Esq.
Linda Richenderfer, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov
benjamin.a.hackman@usdoj.gov
Linda.Richenderfer@usdoj.gov

David Gerardi, Esq.
Office of the United States Trustee
One Newark Center,1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
David.Gerardi@usdoj.gov

*Attorneys for United States Trustee*

YOUNG CONAWAY STARGATT &
TAYLOR LLP
Jared W. Kochenash, Esq.
Matthew Barry Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
jkochenash@ycst.com
mlunn@ycst.com
rpoppiti@ycst.com

PAUL HASTINGS LLP
Luc A. Despins, Esq.
Caroline Diaz, Esq.
Erez Gilad, Esq.
Kristopher M. Hansen, Esq.
John F. Iaffaldano, Esq.
Leonie C. Koch, Esq.
Samantha Martin, Esq.
Kenneth Pasquale, Esq.
Gabriel Sasson, Esq.
Isaac Sasson, Esq.
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
carolinediaz@paulhastings.com
erezgilad@paulhastings.com
krishansen@paulhastings.com
jackiaffaldano@paulhastings.com
leoniekoch@paulhastings.com
samanthamartin@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com

Frank A. Merola, Esq.
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
frankmerola@paulhastings.com

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein, Esq.
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
*Attorneys for Official Committee of Unsecured Creditors*