IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff | |
| v. | Adv. Proc. No. 24-50219 (KBO) |
| HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD., | **Related to Docket Nos. 28 & 30** |
| Defendants. | |

**ORDER GRANTING MOTIONS TO DISMISS FILED BY ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., ORANGE ANTHEM, LTD., AND DIGITAL LEGEND HODLINGS LTD.**

For the reasons set forth on the record at the December 8, 2025 hearing conducted in this adversary proceeding, it is hereby ordered that:

1.  All claims against defendants About Capital Management (HK) Co., Ltd., Orange Anthem, Ltd., and Digital Legend Hodlings Ltd. are **DISMISSED** without prejudice.

1

2

    2.    The Plaintiff may file a motion for leave to amend its Complaint pursuant to Federal Rule 15 within thirty (30) days of this Order.

Dated: December 8, 2025  
Wilmington, Delaware

                                      Karen B. Owens  
                                      Chief Judge