## **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD,<br><br>Defendants. | Adv. Pro. No. 24-50219 (KBO) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT**

Upon the *Plaintiff's Motion for Leave to Amend Complaint* (the "Motion"), pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Rule 7015 of the Federal Rules of Bankruptcy Procedure, and the Court having determined that granting the relief requested in the Motion is in the best interest of the FTX Recovery Trust, its estate, and its creditors; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Plaintiff is authorized to amend the Complaint and may take any and all actions necessary to implement the relief granted in this Order.

-2-

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.


Dated: _____    _____
      Wilmington, Delaware      THE HONORABLE KAREN B. OWENS
                                       CHIEF UNITED STATES BANKRUPTCY JUDGE