# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　　　Debtors.<br><br>FTX RECOVERY TRUST,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD.,<br><br>　　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Pro. No. 24-50219 (KBO) |

### DECLARATION OF GREGORY STRONG IN SUPPORT OF DIGITAL LEGEND HODLINGS LTD.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

I, Gregory Strong, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

　　1.　　I am an attorney admitted to practice before this Court and am a member of the firm Cahill Gordon & Reindel LLP, attorneys for Defendant Digital Legend Hodlings Ltd. I submit this declaration to place before the Court a document and information referenced in Digital Legend Hodlings Ltd.'s Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend Complaint.

　　2.　　Attached as **Exhibit A** is a true and correct copy of the transcript from the oral argument held in the above-captioned adversary proceeding on December 8, 2025 regarding Digital Legend Hodlings Ltd.'s Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 21, 2026          /s/ Gregory Strong
Wilmington, Delaware                    Gregory Strong (No. 4664)

*Attorney for Digital Legend Hodlings Ltd.*