# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| FTX RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-50219 (KBO) |
| | ) | |
| HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD., | ) | **Related to Adv. D.I. 65** |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of *Plaintiff's Motion for Leave to Amend Complaint* [Adv. D.I. 65] (the "Motion"), and after consideration of all relevant documents and briefing submitted in support of and in opposition to the relief requested by the Plaintiff in the Motion; and the Court having determined that the relief requested in the Motion is appropriate pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7015 of the Federal Rules of Bankruptcy Procedure, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

1

2. The Plaintiff is authorized to amend the Complaint in the manner set forth in Exhibit B to the Motion.

Dated: March 2, 2026
Wilmington, Delaware

*Ka B. O___*
Karen B. Owens
Chief Judge