**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors.<br><hr>FTX RECOVERY TRUST,<br><br>             Plaintiff,<br><br>        - against -<br><br>HUOBI GLOBAL LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HUOBI GLOBAL S.A., ORANGE ANTHEM LTD., POLO DIGITAL ASSETS, LTD., and YUCHEN "JUSTIN" SUN,<br><br>             Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 24-50219 (KBO) |

**STIPULATION TO MODIFY**
**CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

This stipulation (the "Stipulation") is made and entered into by and among Plaintiff FTX Recovery Trust (the "Plaintiff"), and Defendants About Capital Management (HK) Co., Ltd., Digital Legend Hodlings Ltd., Huobi Global, S.A., Orange Anthem Ltd., and Yuchen "Justin" Sun (together, the "Defendants"), by and through their respective undersigned counsel.  In support of the Stipulation, the Parties respectfully state as follows:

WHEREAS, on November 9, 2024, Plaintiff FTX Recovery Trust[1] initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the original Complaint [Adv. D.I. 1] in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on April 7, 2025, the Court entered the Case Management Plan and Scheduling Order [Adv. D.I. 21] establishing a case schedule made applicable to the Adversary Proceeding;

WHEREAS, on March 2, 2026, Plaintiff filed its Amended Complaint [Adv. D.I. 75] following the Court's Order granting Plaintiff leave to amend its original Complaint [Adv. D.I. 74]; and

WHEREAS, the Parties have conferred and agree to modify the Case Management Plan and Scheduling Order.

NOW, THEREFORE, it is hereby stipulated and agreed, by and among the Parties, that:

1.  The Case Management Plan and Scheduling Order shall be modified as set forth in the First Amended Case Management and Scheduling Order, attached hereto as **Appendix A**.

2.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the First Amended Case Management Plan and Scheduling Order.

---

[1]  Pursuant to the Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings [D.I. 29554], the FTX Recovery Trust is now the proper Plaintiff and has substituted in for Debtors FTX Trading Ltd. and Alameda Research Ltd. that initially filed this action.

Dated: March 16, 2026

<div style="display: flex;">

**LANDIS RATH & COBB LLP**

/s/ *Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      cobb@lrclaw.com
      mcguire@lrclaw.com
      robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
Daniel P. O'Hara (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: glueckstein@sullcrom.com
      decampj@sullcrom.com
      dunnec@sullcrom.com
      crokej@sullcrom.com
      oharad@sullcrom.com

*Counsel to the Plaintiff*

**CAHILL GORDON & REINDEL LLP**

/s/ *Gregory Strong*
Gregory Strong (No. 4664)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

-and-

Samson A. Enzer (admitted *pro hac vice*)
Tammy L. Roy (admitted *pro hac vice)*
Joel H. Levitin (admitted *pro hac vice*)
Gregory Mortenson (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
TRoy@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com

*Counsel to Defendants Digital Legend
Hodlings Ltd., and Huobi Global, S.A.*

</div>

**KIRK & INGRAM, LLP**

*/s/ David E. Kirk*
David E. Kirk (No. 7310)
43 West 43rd Street, Suite 279
New York, NY 10036
Telephone: (212) 859-3504
DKirk@kirkingram.com

*Counsel for Defendants About Capital*
*Management (HK) Co., Ltd. Orange Anthem Ltd.,*
*and Yuchen "Justin" Sun*