# Appendix A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>       - against -<br><br>HUOBI GLOBAL LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HUOBI GLOBAL S.A., ORANGE ANTHEM LTD., POLO DIGITAL ASSETS, LTD., and YUCHEN "JUSTIN" SUN,<br><br>                    Defendants. | Adv. Pro. No. 24-50219 (KBO) |

## <u>FIRST AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER</u>

1. This First Amended Case Management Plan and Scheduling Order, by and among the above-captioned Plaintiff and the Defendants (defined below, and with Plaintiff, collectively "<u>Parties</u>" and each a "<u>Party</u>") shall apply in the above-captioned adversary proceeding and supersedes the *Case Management Plan and Scheduling Order* [Adv. D.I. 21].

   a. The term "Amended Complaint" as used herein shall mean the amended complaint filed in the above-captioned adversary proceeding on March 2, 2026.

   b. The term "Defendants" as used herein shall mean the defendants in the above-captioned adversary proceeding, except for Defendants Huobi Global Ltd. and Polo Digital Assets, Ltd.

   c. Defendants have waived or accepted service of process, including waiver of service pursuant to the Hague Convention.  Defendants reserve all rights, claims, and defenses (including, but not limited to, personal and subject matter jurisdiction), other than those relating to service of process or sufficiency of process.

2. **<u>Response to Complaint.</u>**  Defendants shall have until May 15, 2026 to answer, move against, or otherwise respond to the Amended Complaint.  If any Defendants elect to file a motion to dismiss, the schedule for the briefing shall be as follows:

   a. Moving briefs due May 15, 2026;

   b. Oppositions to any motion(s) to dismiss shall be due July 14, 2026; and

   c. Replies due August 13, 2026.

3. **<u>Discovery and Dispositive Motions.</u>**  Promptly after resolution of any motion(s) to dismiss (or after Defendants answer or otherwise respond to the Amended Complaint, if no Defendants elect to file a motion to dismiss), the Parties shall negotiate in good faith to agree on a schedule for all other discovery and pretrial deadlines.

4. **<u>Jurisdiction.</u>**  Nothing in this First Amended Case Management Plan and Scheduling Order shall be deemed a waiver of the Defendants' rights under Local Rule 9013-1(h) or other jurisdictional objections.

5. **<u>Modification.</u>**  The Parties may modify any provision hereof on written agreement (which agreement shall not be unreasonably withheld) or, absent such agreement, by seeking an order of the Court upon good cause shown.