## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>              Plaintiff,<br><br>       - against –<br><br>HUOBI GLOBAL LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HUOBI GLOBAL S.A., ORANGE ANTHEM LTD., POLO DIGITAL ASSETS, LTD., and YUCHEN "JUSTIN" SUN<br><br>              Defendants. | Adv. Pro. No. 24-50219 (KBO) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 14, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the list of parties attached hereto as **Exhibit A**:

- FTX Recovery Trust's Memorandum of Law in Opposition to Defendants About Capital Management (HK) Co., LTD., Orange Anthem LTD., Justin Sun, Digital Legend Hodlings LTD., and Huobi Global S.A.'s Motions to Dismiss the Trust's Amended Complaint [Docket No. 82]

- Declaration of Jacob M. Croke in Support of the FTX Recovery Trust's Memorandum of Law in Opposition to Defendants About Capital Management (HK) Co., LTD., Orange Anthem LTD., Justin Sun, Digital Legend Hodlings LTD., and Huobi Global S.A.'s Motions to Dismiss the Trust's Amended Complaint [Docket No. 83]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: July 22, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 22, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 97556

**<u>Exhibit A</u>**

Exhibit A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| | Samson Enzer | SEnzer@cahill.com |
| | Joel H. Levitin | JLevitin@cahill.com |
| | Gregory Mortenson | GMortenson@cahill.com |
| | Tammy Roy | TRoy@Cahill.com |
| Cahill Gordon & Reindel LLP | Gregory Strong | gstrong@cahill.com |
| Kirk & Ingram LLP | David Emerson Kirk | dkirk@kirkingram.com |