**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br>Plaintiff,<br>- against -<br>HUOBI GLOBAL LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HUOBI GLOBAL S.A., ORANGE ANTHEM LTD., POLO DIGITAL ASSETS, LTD., and YUCHEN "JUSTIN" SUN,<br>Defendants. | Adv. Pro. No. 24-50219 (KBO)<br>Re: Adv. D.I. 75, 79, 80, 81, 82, 83, 85, 86, and 87. |

**NOTICE OF COMPLETION OF BRIEFING**

PLEASE TAKE NOTICE that briefing is complete on *Brief of Defendants About Capital Management (HK) Co., Ltd., Orange Anthem Ltd., and Justin Sun in Support of Motion to Dismiss Amended Complaint* [Adv. D.I. 79] and *Digital Legend Hodling Ltd.'s and Huobi Global S.A.'s Motion to Dismiss Plaintiff's Amended Complaint* [Adv. D.I. 80] (together, the "Motions to Dismiss").

PLEASE TAKE FURTHER NOTICE that About Capital Management (HK) Co., Ltd. ("About Capital"), Orange Anthem Ltd. ("Orange Anthem"), Justin Sun, Digital Legend Hodlings Ltd. ("Digital Legend"), and Huobi Global S.A. ("HGSA") by and through their respective undersigned counsel, advise the Court that the following filings are relevant to the Motions to Dismiss and will be delivered to chambers:

1. Amended Complaint for Turnover of Assets pursuant to 11 U.S.C. § 542, for Violations of the Automatic Stay pursuant to 11 U.S.C. § 362, and for Disallowance or Subordination of Claims pursuant to 11 U.S.C. §§ 502 and 510, and exhibits attached thereto [Adv. D.I. 75 through 75-2, filed Mar. 2, 2026];

2. Brief of Defendants About Capital, Orange Anthem, and Justin Sun in Support of Motion to Dismiss Amended Complaint [Adv. D.I. 79, filed May 15, 2026];

3. Transmittal Declaration of David E. Kirk in Support of Motion of Defendants About Capital, Orange Anthem, and Justin Sun to Dismiss Amended Complaint, and exhibits attached thereto [Adv. D.I. 79-1 through 79-6, filed May 15, 2026];

4. Digital Legend's and HGSA's Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 80, filed May 15, 2026];

5. Proposed Order Granting Digital Legend's and HGSA's Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 80-1, filed May 15. 2026];

6. Digital Legend's and HGSA's Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 81, filed May 15, 2026];

7. FTX Recovery Trust's Memorandum of Law in Opposition to Defendants About Capital, Orange Anthem, Justin Sun, Digital Legend, and HGSA's Motions to Dismiss the Trust's Amended Complaint [Adv. D.I. 82, filed Jul. 14, 2026];

8. Declaration of Jacob M. Croke in Support of the FTX Recovery Trust's Memorandum of Law in Opposition to Defendants About Capital, Orange Anthem, Justin Sun, Digital Legend, and HGSA's Motions to Dismiss the Trust's Amended Complaint, and exhibits attached thereto [Adv. D.I. 83 through 83-2, filed Jul. 14, 2026];

9. Digital Legend's and HGSA's Reply Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 85, filed Aug. 13, 2026];

10. Reply Brief of Defendants About Capital, Orange Anthem, and Justin Sun in Further Support of Motion to Dismiss Amended Complaint [Adv. D.I. 86, filed Aug. 13, 2026]; and

11. Request for Oral Argument on Defendants' Motions to Dismiss the Complaint [Adv. D.I. 87, filed Aug. 17, 2026].

Date: August 17, 2026

Respectfully submitted,

*/s/ Gregory Strong*

Gregory Strong (No. 4664)

CAHILL GORDON & REINDEL LLP
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

Samson A. Enzer (admitted *pro hac vice*)
Tammy L. Roy (admitted *pro hac vice*)
Joel H. Levitin (admitted *pro hac vice*)
Gregory Mortenson (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
(212) 701-3000
SEnzer@cahill.com
TRoy@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com

*Attorneys for Digital Legend Hodlings Ltd. and Huobi Global S.A.*

and

*/s/ David E. Kirk*
David E. Kirk (No. 7310)
KIRK & INGRAM, LLP
3411 Silverside Road, Suite 104B
Wilmington, DE 19810
(302) 593-0650
DKirk@kirkingram.com

*Attorney for Defendants About Capital Management (HK) Co., Ltd., Orange Anthem Ltd., and Justin Sun*

**CERTIFICATE OF SERVICE**

I hereby certify that I am not less than 18 years of age and that on this 17th day of August 2026, I caused a true and correct copy of the foregoing Notice of Completion of Briefing to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the following is true and correct.

Dated: August 17, 2026
Wilmington, Delaware

*/s/ Gregory Strong*
Gregory Strong (No. 4664)

**Service List - Via CM/ECF**

Adam G. Landis, Esq.
Richard S. Cobb, Esq.
Matthew B. McGuire, Esq.
Howard W. Robertson IV, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

Stephanie G. Wheeler, Esq.
Stephen Ehrenberg, Esq.
Brian D. Glueckstein, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
wheelers@sullcrom.com
ehrenbergs@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Attorneys for Plaintiff FTX Recovery Trust*

Benjamin J. Steele, Esq.
KROLL RESTRUCTURING ADMINISTRATION LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232
bsteele@primeclerk.com

*Claims Agent Representative*