**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| Debtors. | ) | (Jointly Administered) |
| FTX RECOVERY TRUST, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 24-50219 (KBO) |
| HUOBI GLOBAL LTD., HTX LTD., ABOUT CAPITAL MANAGEMENT (HK) CO., LTD., DIGITAL LEGEND HODLINGS LTD., HBIT LTD., ORANGE ANTHEM LTD., and POLO DIGITAL ASSETS, LTD., | ) | **Related to Docket Nos. 79 & 80** |
| Defendants. | ) | |

**ORDER DENYING MOTIONS TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

For the reasons set forth on the record at the November 24, 2026 hearing conducted in this adversary proceeding, it is hereby ordered that the relief requested in the *Brief of Defendants About Capital Management (HK) Co., Ltd., Orange Anthem Ltd., and Justin Sun in Support of Motion to Dismiss Amended Complaint* [Adv. D.I. 79] and *Digital Legend Hodling Ltd.'s and Huobi Global S.A.'s Motion to Dismiss Plaintiff's Amended Complaint* [Adv. D.I. 80] is **DENIED**.

Dated: November 24, 2026
Wilmington, Delaware

Karen B. Owens
Chief Judge